UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>WILNER BENJAMIN</u>,
         Petitioner,

    v.

                                     CIVIL ACTION

                                     NO. 03-12481-MEL

<u>JOSEPH F. McDONOUGH and STEVEN J. FARQUHARSON</u>,
         Respondents.

O R D E R

<u>LASKER, D. J.</u>

      On December 8, 2003, petitioner Wilner Benjamin, an immigration detainee currently confined at Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and an application to waive payment of the $5 filing fee.

      ACCORDINGLY

      (1) The Clerk shall correct the case caption to reflect that the only respondent to this action is Joseph McDonough, the Sheriff of Plymouth County. A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner's legal custodian is the sheriff of Plymouth County, the individual having day-to-day control over the facility in which petitioner is being detained. <u>Vasquez v. Reno</u>, 233 F.3d 688, 694 (1st Cir. 2000), <u>cert. denied</u>, <u>sub nom.</u> <u>Vasquez v. Ashcroft</u>, 122 S. Ct. 43 (2001); <u>see</u> Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

      (2) Plaintiff's application for waiver of the $5 filing fee is GRANTED;

      (3) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Sheriff Joseph F. McDonough, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360; (ii) the United States Attorney; AND (iii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box

8728, JFK Station, Boston, MA  02114 AND

    (4) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading  AND

    (5) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

<u>12/10/03</u>  
Date

          <u>s/ Morris E. Lasker          </u>  
          United States District Judge

(2241servINS.wpd - 09/00)            [2241serv.]