UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS.

WILNER BENJAMIN
- Plymouth County Correctional Facility
- A # 45 482 136

  Petitioner,

Vs.

1. JOSEPH F. Mc DONOUGH
   - Sherriff of Plymouth County
   - My immediate Custodian.
2. STEVEN J. FARQUHARSON
   - Department of Homeland Security
   - District Director,
   - Custodian.

  Respondent.

RECEIVED DEC 8 2003

03-12481 MEL Referred to MJ JGDein

APPLICATION FOR FEDERAL WRIT OF HABEOS-CORPUS UNDER 28 U.S.C § 2241.

   I Am currently being detained at the Plymouth County Correctional Facility. Consequently, I have been detained in this facility for over 14 months and still counting as I am writting to you right now.

   I entered the United States on May 14, 1996 as a lawful permanent resident. On January 17, 2002 I was served with a notice to appear charging me with Removability based on a conviction of aggravated felony: Larceny of a motor vehicle.

   On October 31, 2002 an immigration Judge

1

odered me deported based on the above charges. Sometimes arround November 2002, I appealed the Judge's decision to the board of immigration of Appeals, which was subsequently denied.

ON June 3, 2003 I Received a letter informing me that my status has been Reviewed, and it has been determined that I would not be Released from the custody of the Bureau of immigration, and the department of Homeland Security. The letter also stated: If I am not Removed or Released by August 21, 2003, Jurisdiction of my custody would be transfered to Washington where final decision would be made. I wrote to Washington Headquarters and Boston Headquarters in vain to get answers about my Removal, unfortunately, they never answer back.

The basis of my Petition:
Continued detention in the custody of the department of Homeland Security, Bureau of immigration & Custom Enforcement.

Ground One: My ongoing and indefinite detention is unlawful. The department of Homeland security does not have satutory authority to detain me indefinitely. This is because my Removal cannot be effectuated in the Reasonably forseeable future.

This is because: A) the D.H.S is not able to Remove me. The Haitian Consulate is not submitting my travel documents to D.H.S.

B) the D.HS mailed a Package to my consulate Requesting my travel documents, since then they have been waiting with no response.

C) I fully cooperated with the D.H.S.

[2]

d) I was ordered Removed on June 3, 2003.

GROUND TWO: My indefinite detention by Respondent is in violation of my Rights to Procedural and Substantive due process as Guaranteed by the 5th Amendment of the United States Constitution.

A) After I came into custody of D.H.S, For my knowledge I was told a Review concerning my Removal would be conducted every 3 months while I am in custody. Not a soul talked to me in 14 months.

B) they stated if I'm not Removed or released by August 21, 2003 Juridiction would be transfered to Washington. Still, no words.

C) If my travel documents documents cannot be submitted in the near forseeable future, I do not think I should Remain in custody indefinitely.

GROUND Three: I have overwhelmingly exhausted all administrations Required by law and my only Remedy is by way of this Judicial action.

I have mailed letters with supportive documents to the following addresses Requesting Release:
(i) The department of Homeland Security, Bureau of immigration, & Custom Enforcement.
Attn: Claudia M. English, deportation officier.
427 Commercial St. Bld #8
Boston, MA 02109.
(ii) To Headquarters in Washington.
801 I St. N.W
Washington, D.C 20536.
(iii) David J. Venturella
Deputy director
Office of detention & Removal

[3]



# Plymouth County Correctional Facility

Account #: 33463
Account Name: BENJAMIN, WILNER
Account Type: I   INMATE CANTEEN ACCOUNTS
SSN: 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   Indigent: No

*FILED IN CLERKS OFFICE 2003 DEC -8 P 12:28 U.S. DISTRICT COURT DISTRICT OF MASS.*

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2003/02/28 | | WDCA | 1140526 | 315172 | Integent | $0.00 | $0.00 | 210450 | 02/28/2003 |
| 2003/02/28 | | WDCA | 1140516 | 315164 | Integent | $0.00 | $0.00 | 210450 | 02/28/2003 |
| 2002/11/07 | 15:17 | WDCA | 1097299 | 446215 | Integent | $0.00 | $0.00 | 210450 | 11/07/2002 |

— IN Support of this Application, I am including this Account History Report with my petition as proof of my financial status. I am unable to pay for the filing fees. I believe that I am entitle to relief. See 8 CFR 103.7 (c). Thank you.

11/26/03

*Wilner Benjamin*

Printed:   11/14/2003   14:24   Page: 1