UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILNER BENJAMIN,                    )
                                    )
            Petitioner              )
                                    )        Civil Action No.
        v.                          )        03cv12481-MEL
                                    )
JOSEPH F. MCDONOUGH, ET AL.         )
                                    )
                                    )
            Respondent              )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R.

Civ. P. rules 12(b)(6) for failure to state a claim upon which

relief may be granted.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

        By:         _____
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114
                    (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003,  the
responsive successor official of the Department of Homeland
Security having control of petitioner's custody in the instant
action is Bruce Chadbourne, Interim Field Director for Detention
and Removal, Bureau of Immigration and Customs Enforcement
("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on January 26, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114