03-12481-MEL

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Wilner Benjamin
- Plymouth County Correctional Facility
- A# 45 482 136

Civil Action

vs.

1. Joseph F. Mc Donough
   - Sheriff of Plymouth County
   - My immidiate Custodian
2. Steven J. Farquharson
   - Department of Homeland Security
   - District director, Custodian
   
   Respondents.

01/22/04

First of all, I want to take this opportunity to thank God for giving me the courage to hold on for this long, because this is not an easy place to be, and I also want to take the time to thank the District Court for Responding to my petition and for Waving my application Fee. I was Really Elated.

But, unfortunately I'm still here in this facility waiting, no action has been taken to assure my removal or my Release. Therefore, I'm asking the District Court to please push a bit more to see what the outcome will be. It's been over a month since the court odered on my petition.

In my 16 months of beeing in the Bureau's custody, thursday January 22, 2004 was the first time I came in contact with an INS agent, and what he had to say wasn't pleasant.

First I was told, "the reason I am not removed yet is because they are having dificulties getting my medical records, if they get it soon I'll be out of here by February 2, 2004 if they don't get it soon it will be March 2, 2004". The worst part is they think I'm naive enough to beleive it. I had to hold myself back from doing something foolish, it wasn't easy, because at first they had trouble obtaining my travel documents and now this, something that is within reach and yet they can't get ahold of it. Right!

Second, he informed me that I will be deported unescorted, because of the fact that my crime wasn't an aggravated felony. If that's the case why am I being deported if my crime wasn't an aggravated felony? And most important why am I still here? They know for a fact that I'm not a threat to society and yet they're still keeping me confined.

I've written letters nonstop to the following administratives requesting release:

(i) The department of Homeland Security, Bureau of Immigration, & Customs Enforcement.
(ii) Claudia M. English, Deportation Officer.
(iii) Headquarters Post-Order Unit. Washington, D.C
(iv) David J. Venturella
    Office of detention & Removal
    Deputy director.

All have gone unanswered, only my petition got answered and I was grateful for that.

This ongoing and indefinite detention by defendent is unlawful and is in violation of my rights to procedural and substantive due process as guaranteed by the 5th amandment of the United States Constitution.

I'm tired and want to go home, whichever one, just let me go, please. Everything they said and still saying is to throw me off so my detention can be prolonged, the real reason why I am still here they are not saying.

And again the only way for justice is by way of this judicial action, so once more I'm calling on the court to shed its lights in this dark and horrible situation, please.

Sincerely Submitted.

01/22/04

Wilner Benjamin.